ACCEPTED
01-14-00337-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 11:40:34 AM
CHRISTOPHER PRINI
CLERK

## No. 01-14-00337-CR
## IN THE COURT OF APPEALS
## FOR THE
## FIRST JUDICIAL DISTRICT OF TEXAS
## AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 11:40:34 AM
CHRISTOPHER A. PRINE
Clerk

### FAROUK DAVID ODARIKO, APPELLANT

**v.**

### THE STATE OF TEXAS, APPELLEE

### STATE'S SECOND MOTION FOR EXTENSION OF TIME

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, and moves this Court to grant an extension of time for the State to file its brief in the above styled and numbered cause. In support thereof, the State would show the following:

1. The Clerk's Record was filed in this case on May 29, 2014.

2. The Reporter's Record was filed in this case on September 15, 2014.

3. The State's brief in this cause was due on March 13, 2015. Appellant was granted two extensions of time to file his brief. The State filed one previous request for extension of time to file its brief in this cause, which was granted by this Court.

4. The State's attorney assigned to this case currently has many other pending matters including several pending appeals, writs, and a state habeas writ in a death penalty case, *Andrus v. State*.

5. The State's attorney assigned to this case also welcomed his second child, a little girl named Hana Clara Bennyhoff, on March 8, 2015. This new arrival, while joyous and shockingly quiet thus far, has required the State's attorney in this matter to be out of the office for a few days.

6. The State is filing its appellate brief in this cause on the same day as this motion. In light of the many other matters the State's attorney has been dealing with during the pendency of this appeal, the State's attorney would request that this Court grant this motion for extension of time and accept the concurrently filed State's brief in this cause.

7. This extension is not sought for the sole purpose of delay.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Honorable Court grant this motion and extend the deadline for filing the State's brief in this case.

Respectfully submitted,

/s/ Jason Bennyhoff

JASON BENNYHOFF
ASST. DISTRICT ATTORNEY
Fort Bend County, Texas
State Bar Number 24050277
1422 Eugene Heimann Cir.
Richmond, Texas 77469
Phone: (281) 238-3352
Fax: (281) 238-3366

## CERTIFICATE OF SERVICE

  I, Jason Bennyhoff, do hereby certify that a true and correct copy of the foregoing Motion was sent to counsel for the Appellant on March 16, 2015, via the EFile Texas system at the email address provided by Appellant's counsel.

David Disher
disherdave@aol.com
Counsel for Appellant

        /s/ Jason Bennyhoff
        Jason Bennyhoff